Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES OF AMERICA

    - v -

CRISTHIAN GOMEZ,
    a/k/a "Christian Gomez,"

            Defendant.

- - - - - - - - - - - - - - - - - -X

INDICTMENT

08 Cr.

**08 CRIM 780**

COUNT ONE

The Grand Jury charges:

On or about July 6, 2008, in the Southern District of New York, CRISTHIAN GOMEZ, a/k/a "Christian Gomez," the defendant, after having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about January 13, 2000, of Attempted Robbery in the Third Degree, in Nassau County Court, Nassau County, in violation of New York Penal Law 160.05, a Class E Felony, unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, a .40 caliber Kel Tec. firearm, and ammunition, to wit, two .40 caliber bullets manufactured by Winchester Ammunition, all of which previously had been shipped and transported in interstate commerce.

    (Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

CRISTHIAN GOMEZ,

a/k/a "Christian Gomez,"

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Sherry [signature]*
Foreperson.